

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

C. 19-2588-YGR

May 10, 2019

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Cross-Appeal to District Court: Sara-Jane Parker, Case No. 14-44083, Judge Charles Novack

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X   Notice of Cross-Appeal and Statement of Election
X   Court's Certificate of Mailing
X   Docket Report
X   Notice of Appeal
X   Fee Paid

If you have any questions, please contact me *at* **(707) 547-5912**.

Sincerely,

Edward J. Emmons
Clerk of Court

By: *Linda Jerge*
Linda Jerge, Deputy Clerk