Aron M. Oliner (SBN: 152373)
DUANE MORRIS LLP
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Telephone:  415.957.3000
Email: ROliner@duanemorris.com

Jeff D. Kahane (SBN:  223329)
Mohammad Tehrani (SBN: 294569)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone:  213.689.7400
Email: JKahane@duanemorris.com
Email: MTehrani@duanemorris.com

Attorneys for Appellants, Bayside Court
Owners Association, Laurence Jennings,
Raj Patel, Justin Hu, Lawrence Drouin, and
Andrew Cantor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SARAH-JANE PARKER,<br><br>Debtor.<br>_____<br><br>LAURENCE JENNINGS, ET AL.,<br><br>Appellants,<br><br>v.<br><br>SARAH-JANE PARKER,<br><br>Appellee. | 4:19-cv-02588-YGR<br><br>Bankr. Case No. 14-44083-CN<br><br>Chapter 13<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**Stipulation to Extend Deadlines to File Appellate Briefs Pursuant to Civil L.R. 6-2** |

The appellants, Bayside Court Owners Association, Laurence Jennings, Raj Patel, Justin Hu, Lawrence Drouin, and Andrew Cantor (collectively, "BCOA"), and the cross-appellant and appellee, Sarah-Jane Parker ("Parker", and collectively with BCOA, the "Parties"), hereby stipulate to and request an order, pursuant to Civil L.R. 6-2, extending the deadlines to file: (a) BCOA's principal brief from September 2, 2019, to October 4, 2019; (b) Parker's principal and response

DM3\6038127.3

brief from October 10, 2019, to March 6, 2020; (c) BCOA's response and reply brief to April 6, 2020; and (d) Parker's reply brief to April 20, 2020, but also no more than seven days before scheduled argument.

In support, the Parties represent as follows:

1.      This appeal and cross-appeal arises from the bankruptcy court's judgment ("Judgment") entered on April 11, 2019, granting in part Parker's two motions to sanction BCOA, filed on November 3, 2015, and December 15, 2016, respectively.   Bankruptcy Case ECF Nos. 70, 129, and 316.   The bankruptcy court imposed compensatory, emotional distress, and punitive damages against BCOA under 11 U.S.C. § 362(k), and ordered BCOA to pay Parker's attorneys' fees and costs.   Bankruptcy Case ECF No. 299.   The bankruptcy court denied Parker's request to hold BCOA in contempt for automatic stay and discharge injunction violations pursuant to 11 U.S.C. §§ 105(a), 362, and 524.  *Id.*

2.      BCOA appealed the Judgment timely on April 24, 2019, and Parker cross-appealed timely on May 7, 2019.  Bankruptcy Case Nos. 317 and 324.

3.      The Court issued an initial case management scheduling order on May 14, 2019, setting a deadline of July 31, 2019, for BCOA to file its principal brief.  ECF No. 2.

4.      On July 10, 2019, BCOA, through its counsel Miriam Hiser, filed a motion to extend the time to file its principal brief.  ECF No. 6.  Ms. Hiser represented that she would be unavailable from July 28, 2019, to August 19, 2019, to prepare burial arrangements for her father and care for her elderly mother.  *Id.* at ¶ 3.  The Parties were unable to resolve this extension request amicably.  *See* ECF Nos. 7-11.

5.      The Court granted the motion, extending BCOA's deadline to file its principal brief to September 2, 2019, and Parker's deadline to file her principal and response brief to October 10, 2019.  ECF No. 12.

6.      Ms. Hiser's mother's health was even worse than anticipated during her time away and will require her ongoing involvement and trips to Massachusetts where her mother resides through the fall.  Consequently, BCOA retained Aron M. Oliner, Esq., of Duane Morris LLP as co-counsel to assist in this appeal.  *Id.* at 3.  Oliner Decl. at ¶ 2.

DM3\6038127.3

2

7.      Given Mr. Oliner's recent entry into proceedings dating back nearly four years, BCOA contacted Parker through her attorney, Mark Fong, on August 20, 2019, to request an extension to review the large volume of pleadings, evidence, and trial testimony that are the subject of the appeal before filing its principal brief.  *Id.* at ¶ 4.

8.      The Parties agreed to extend BCOA's principal brief deadline to October 4, 2019. *Id.* at ¶ 5.  In light of Mr. Fong's trial schedule, the Parties agreed to extend Parker's principal and response brief deadline to March 6, 2020.  *Id.* at ¶ 6.  The Parties agreed that the remaining response and reply deadlines follow the thirty-day and fourteen-day standards, or April 6, 2020, and April 14, 2020, respectively.  *Id.* at ¶ 7.  In the event Mr. Fong's schedule or other circumstances change and Parker is able to submit her response and opening brief on the cross-appeal earlier than March 6, 2020, the remaining response and reply briefs will be due 30 and 14 days after Parker's response and opening brief is filed.

NOW THEREFORE, the Parties hereby request the Court to enter an order approving this stipulation and extending the deadlines to file: (a) BCOA's principal brief from September 2, 2019, to October 4, 2019; (b) Parker's principal and response brief from October 10, 2019, to March 6, 2020; (c) BCOA's response and reply brief to April 6, 2020; and (d) Parker's reply brief to April 20, 2020, or as set by statute in the event Parker's response and opening brief is filed earlier than March 6, 2020, but also no more than seven days before scheduled argument.

Dated: August 27, 2019                            Respectfully submitted,

By:  /s/ Marc Fong                                  By:  /s/ Aron M. Oliner (SBN 152373)
    Marc Fong                                         Aron M. Oliner
    Fong & Fong PC                                    Duane Morris LLP
    2161 Harbor Bay Parkway                           One Market Spear Tower, Suite 2200
    Alameda, CA 94502                                 San Francisco, California 94105
    (510) 748-6800 x113                               Telephone:  415.957.3000
    Email: mark.fong@fonglaw.com                      Email: roliner@duanemorris.com

    Attorneys for Cross-Appellant and                 Attorneys for Appellants
    Appellee                                          Bayside Court Owners Association,
    Sarah-Jane Parker                                 Laurence Jennings, Raj Patel, Justin Hu,
                                                      Lawrence Drouin, and Andrew Cantor