Aron M. Oliner (SBN: 152373)
DUANE MORRIS LLP
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Telephone: 415.957.3000
Email: ROliner@duanemorris.com

Jeff D. Kahane (SBN: 223329)
Mohammad Tehrani (SBN: 294569)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: 213.689.7400
Email: JKahane@duanemorris.com
Email: MTehrani@duanemorris.com

Attorneys for Appellants, Bayside Court Owners Association, Laurence Jennings, Raj Patel, Justin Hu, Lawrence Drouin, and Andrew Cantor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | 4:19-cv-02588-YGR |
| SARAH-JANE PARKER, | Bankr. Case No. 14-44083-CN |
| Debtor. | Chapter 13 |
| | Hon. Yvonne Gonzalez Rogers |
| LAURENCE JENNINGS, ET AL., | **Declaration of Aron M. Oliner in Support of Stipulation to Extend Deadlines to File Appellate Briefs Pursuant to Civil L.R. 6-2** |
| Appellants, | |
| v. | |
| SARAH-JANE PARKER, | |
| Appellee. | |

I, Aron M. Oliner, declare:

1. I am a partner with the law firm of Duane Morris LLP ("Duane Morris"), counsel for the appellants, Bayside Court Owners Association, Laurence Jennings, Raj Patel, Justin Hu, Lawrence Drouin, and Andrew Cantor (collectively, "Appellants") in the above-captioned appeal. The facts set forth in this declaration are of my own personal knowledge, except for those matters

stated upon information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters set forth in this declaration. I make this declaration in support of the *Stipulation to Extend Deadlines to File Appellate Briefs Pursuant to Civil L.R. 6-2*.

2. I have spoken with Miriam Hiser and BCOA, both of whom informed me that Ms. Hiser has been tending to her father's burial, and that, due to her elderly mother's condition, she will need to travel again to continue providing her mother care.

3. Consequently, BCOA retained myself and Duane Morris LLP as co-counsel to assist in this appeal.

4. Given my recent entry into proceedings dating back nearly four years, I contacted Parker's attorney, Mark Fong, on August 20, 2019, to request an extension to review the large volume of pleadings, evidence, and trial testimony that are the subject of the appeal before filing a principal brief.

5. Mr. Fong agreed to extend BCOA's principal brief deadline to October 4, 2019.

6. In light of Mr. Fong's trial schedule, I agreed to extend Parker's principal and response brief deadline to March 6, 2020.

7. We agreed that the remaining response and reply deadlines follow the thirty-day and fourteen-day standards, or April 6, 2020, and April 14, 2020, respectively.

8. We also agreed to advance this schedule if possible, as described in the Stipulation and filed herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of August, 2019, at San Francisco, California.

/s/ Aron M. Oliner (SBN 152373)
ARON M. OLINER