```
Aron M. Oliner (SBN: 152373)
DUANE MORRIS LLP
One Market Spear Tower, Suite 2200
San Francisco, California 94105
Telephone:  415.957.3000
Email: ROliner@duanemorris.com

Jeff D. Kahane (SBN:  223329)
Mohammad Tehrani (SBN: 294569)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone:  213.689.7400
Email: JKahane@duanemorris.com
Email: MTehrani@duanemorris.com

Attorneys for Appellants, Bayside Court
Owners Association, Laurence Jennings, Raj
Patel, Justin Hu, Lawrence Drouin, and
Andrew Cantor
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Sarah-Jane Parker,<br><br>Debtor.<br><hr>Laurence Jennings, et al.,<br><br>Appellants,<br>v.<br><br>Sarah-Jane Parker,<br><br>Appellee. | 4:19-cv-02588-YGR<br><br>Bankr. Case No. 14-44083-CN<br><br>Chapter 13<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**Order Approving Stipulation to Extend Deadlines to File Appellate Briefs Pursuant to Civil L.R. 6-2** |

      The Court has reviewed the *Stipulation to Extend Deadlines and File Appellate Briefs Pursuant to Civil L.R. 6-2* ("Stipulation") entered into by the appellants, Bayside Court Owners Association, Laurence Jennings, Raj Patel, Justin Hu, Lawrence Drouin, and Andrew Cantor (collectively, "BCOA"), and the cross-appellant and appellee, Sarah-Jane Parker ("Parker").

DM3\6038257.1

Upon consideration of the Stipulation, and finding that good cause exists therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The deadline for BCOA to file their principal brief is extended from September 2, 2019, to October 4, 2019.

3. The deadline for Parker to file her principal and response brief is extended from October 10, 2019, to March 6, 2020.

4. The deadline for BCOA to file its response and reply brief is extended to April 6, 2020.

5. The deadline for Parker to file her reply brief is extended to April 20, 2020, but also no more than seven days before scheduled argument.

6. In the event Parker serves and files her principal and response brief earlier than March 6, 2020, the remaining response and reply briefs will be due 30 and 14 days after Parker's principal and response briefs are filed.

Dated: _____, 2019

_____
Hon. Yvonne Gonzalez Rogers

Judge of the United States District Court
Northern District of California