UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNINGS,

    Plaintiffs,

v.

PARKER,

    Defendants.

Case No.: 19-cv-02588-YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 8/30/2019, I SERVED a true and correct copy(ies) of the **ORDER APPROVING STIPULATION, DKT. NO. 14, by** placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

U.S. Trustee Office of the U.S. Trustee /Oakland
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Dated: 8/30/2019

Susan Y. Soong
Clerk, United States District Court

By: *Frances Stone*
Frances Stone, Deputy Clerk to
the Honorable Yvonne Gonzalez Rogers