FILED BY FAX

RECEIVED
APR 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **19-cv-2588**

Date case was first filed in U.S. District Court: **04/24/2019**

Date of judgment or order you are appealing: **03/22/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Laurence Jennings, Raj Patel

Is this a cross-appeal? ○ Yes ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Box Holder

P.O. Box 1383

City: **Willits** State: **CA** Zip Code: **95490**

Prisoner Inmate or A Number (if applicable):

**Signature** *Laurence Jennings* **Date** 04/21/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1** *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

> Laurence Jennings, Raj Patel

Name(s) of counsel (if any):

>

Address: Box Holder, P.O. Box 1383, Willits CA 95490
Telephone number(s): 707-459-2287
Email(s): bcoaxfr2020@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes  ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

> Sarah-Jane Parker

Name(s) of counsel (if any):

> Fong & Fong APC

Address: 2161 Harbor Bay Parkway, Alameda, CA 94502
Telephone number(s): 510-748-6800
Email(s): mfong@fonglaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**      1      *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

> Raj Patel

Name(s) of counsel (if any):

Address: Box Holder, P.O. Box 1383, Willits CA 95490

Telephone number(s): 707-459-2287

Email(s): bcoaxfr2020@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes  ☐ No

## Appellees

Name(s) of party/parties:

> Sarah-Jane Parker

Name(s) of counsel (if any):

> Fong & Fong APC

Address: 2161 Harbor Bay Parkway, Alameda, CA 94502

Telephone number(s): 510-748-6800

Email(s): mfong@fonglaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                2                                Rev. 12/01/2018

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Laurence Jennings, Raj Patel v. Sarah-Jane Parker

2. **Case Number:** 19-cv-2588

3. **What documents were served?** *[Write the full name or title of the document or documents]* NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT

4. **How was the document served?** *[check one]*
   - ☐ Placed in U.S. Mail
   - ☑ Hand-delivered
   - ☐ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Fong & Fong APC
   2161 Harbor Bay Parkway
   Alameda, CA 94502
   TEL: (510) 748-6800

6. **When were the documents sent?** 04/21/2021 (hand delivered)

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   *I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Laurence Jennings*
   Name: Laurence Jennings
   Address: P.O. Box 1383
   Willits, CA 95490

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611154003
Cashier ID: almaceh
Transaction Date: 04/22/2021
Payer Name: WESTERN MESSENGER

NOTICE OF APPEAL/DOCKETING FEE
 For: laurence jennings
 Case/Party: D-CAN-4-19-CV-002500-001
 Amount:      $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 39980
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

YGR


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```