Laurence Jennings and Raj Patel
Appellants and Cross-Appellants
in Propria Persona
P.O. Box 1383
Willits, CA 95940
Tel: (707) 459-2287
bcoafx2020@yahoo.com



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Sarah-Jane Parker,<br><br>Debtor.<br><br>———<br><br>Bayside Court Owners Association,,<br><br>Appellants,<br><br>and<br><br>Laurence Jennings, et al.,<br><br>Cross-Appellants,<br>v.<br><br>Sarah-Jane Parker,<br><br>Appellee. | 4:19-cv-02588-YGR<br><br>Bankr. Case No. 14-44083-CN<br><br>Chapter 13<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF CROSS-APPEAL BY LAURENCE JENNINGS AND RAJ PATEL**<br><br>**Ninth Circuit Case No. No. 21-15746** |

Notice is hereby given that Laurence Jennings and Raj Patel (collectively, "Cross-Appellants"), hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for the Northern District of California entered in this case on March 22, 2021.

This is a cross-appeal filed pursuant to Federal Rule of Appellate Procedure 4(a)(3). Appellant Bayside Court Owners Association timely filed a notice of appeal on April 21, 2021, commencing Ninth Circuit appellate case number 21-15746. Cross-Appellants also timely filed a notice of appeal via drop-box filing in the Court on April 21, 2021, but that filing was mistakenly "stamped" and docketed as filed on April 22, 2021 by the Clerk of the District Court. Cross-Appellants maintain that their Notice of Appeal was timely. There is a motion pending pursuant to Federal Rule of Civil Procedure 60(a) to correct the docket, based on Cross-Appellants' messenger service's mistake, inadvertence, fraud, or excusable neglect. The Court will hear that motion on June 1, 2021.

Pursuant to Federal Rule of Appellate Procedure 12(b), Cross-Appellants hereby submit the following Representation Statement:

| **Cross-Appellants:** | |
|---|---|
| Laurence Jennings and Raj Patel<br>Appellants and Cross-Appellants<br>in Propria Persona<br>P.O. Box 1383<br>Willits, CA 95940<br>Tel: (707) 459-2287<br>bcoafx2020@yahoo.com | None at the moment, but anticipated shortly. Messrs. Jennings and Patel are not registered for ECF filing. |
| **Appellant** | |
| Sara-Jane Parker | Fong & Fong APC<br>2161 Harbor Way Parkway |

|  | Alameda, CA 94502<br>Tel: (510) 748-6800<br>mfong@fonglaw.com |
|---|---|

**SIGNATURES ON FOLLOWING PAGE**

Dated: May 04, 2021

*Laurence Jennings*
Laurence Jennings
Appellant and Cross-Appellant
in Propria Persona


Dated: May 04, 2021

*Raj Patel*
Raj Patel
Appellant and Cross-Appellant
in Propria Persona

RECE

2021 MAY -5 A 11:30

SUSAN Y
CLERK, US
NO. D