```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611017121
Cashier ID: lovrinj
Transaction Date: 05/06/2021
Payer Name: Western Messenger
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Laurence Jennings/ Raj Patel
 Case/Party: D-CAN-4-19-CV-002588-001
 Amount:         $505.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 39988
 Amt Tendered:   $505.00
------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

YGR


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```