Paul H. Deese (State Bar No. 301328)
LS Carlson Law
A Professional Law Corporation
85 Enterprise, Suite 310
Aliso Viejo, CA 92656
Telephone: (949) 421-3030
Telecopier: (949) 421-3031
*service@lscarlsonlaw.com*

Attorneys for Cross-Appellants,
Laurence Jennings and Raj Patel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 4:19-cv-02588-YGR |
| Sarah-Jane Parker, | Bankruptcy Case No. 14-bk-44083-CN |
| Debtor. | Chapter 13 |
| _____ | Hon. Yvonne Gonzalez Rogers |
| Bayside Court Owners Association, | **CROSS-APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD** |
| Appellants, | Ninth Circuit Case No. 21-15746 |
| and | |
| Laurence Jennings; Raj Patel, | |
| Cross-Appellants, | |
| v. | |
| Sarah-Jane Parker, | |
| Appellee. | |

Cross-Appellants Laurence Jennings and Raj Patel hereby submit the following Statement of Issues Presented and designate the following for inclusion in the record on appeal:

## STATEMENT OF ISSUES PRESENTED

1. Whether the District Court erred when it found (and affirmed the Bankruptcy Court's finding) that Cross-Appellants Jennings and Patel violated 11 U.S.C. § 362(a)(6) by signing the lease of Debtor's condominium unit despite BCOA obtaining relief from stay by Order entered on April 1, 2015 to exercise any and all rights under the CC&Rs.

2. Whether the District Court erred when it found (and affirmed the Bankruptcy Court's finding) that Cross-Appellants Jennings and Patel were personally liable to the Debtor for damages for executing the lease of the Debtor's condominium unit when Jennings and Patel were acting in their roles as directors of a non-profit mutual benefit corporation.

3. Whether the District Court erred when it found that Cross-Appellants Jennings and Patel were not protected by the immunity provided by California Corporations Code section 7231.5.

## DESIGNATION OF THE RECORD

1. Motion for Sanctions for Violation of the Automatic Stay, filed November 3, 2015.
2. Memorandum of Points and Authorities in Support of Motion for Sanctions, filed November 3, 2015.
3. Exhibits AA through RR, November 3, 2015.
4. Notice of Hearing, November 3, 2015.
5. Declaration of Sarah-jane Parker, filed November 3, 2015.
6. Response to Motion for Sanctions for Stay Violation and Contempt, filed

| | |
|---|---|
| | by Respondents, January 4, 2016. |
| 7. | Motion for Order to Show Cause, filed December 15, 2016. |
| 8. | Notice of Hearing, filed December 15, 2016. Exhibit SS to XX, filed December 15, 2016. |
| 10. | Order Consolidating and Continuing Contempt Hearings, February 22, 2017. |
| 11. | Memorandum Decision Granting Summary Judgment in Part and Denying Summary Judgment in part, August 24, 2017. |
| 12. | Order Granting Summary Judgment in Part and Denying Summary Judgment in Part, October 4, 2017. |
| 13. | Order Setting Pretrial Conference, October 6, 2017 |
| 14. | Joint Pretrial Order, filed February 28, 2018, and Exhibits (Respondents Exhibit and Witness List, Parker Witness List and Exhibit List). |
| 15. | Debtor Sarah- Jane Parker's List of Disputed Facts for Trial, filed March 14, 2018. |
| 16. | First Amended Pre-Trial Statement of Disputed Facts filed by Parker on April 11, 2018. |
| 17. | Debtor's Motions in Limine to Exclude or otherwise Limit Testimony from Marc Fong and Marlene Fong and supporting declarations and exhibits, Respondents' Opposition, and Debtor's Reply. |
| 18. | Transcript of Proceedings, April 30, 2018 (hearings on Debtor's Motions in Limine). |
| 19. | Final Joint Pretrial Order and Exhibits (Debtor's Witness List, Respondent's Witness List, Debtor's Exhibit List, Respondent's Exhibit List), May 7, 2018 |
| 20. | Stipulation filed May 22, 2018. |
| 21. | Respondents' Trial Brief, filed May 22, 2018. |

| | |
|---|---|
| 22. | Debtor's Trial Exhibits, A, B, C, D, E, F, G, H, I, J, K, O, T, V, W, X, Y, Z, AA, AM, AU, AV (identical to Ex. 37), AW, AZ, BJ, BK, BL, BM, BN, BT, BX, and BW, BZ |
| 23. | Respondents' Trial Exhibits #1, 2, 3, 4, 5, 6, 7, 8, 9, 16, 17, 18, 28, 35, 36, 38, 40, 41 and 43, 44, 45, 46 47, 48, 49, 50. |
| 24. | Transcript of court proceedings, May 29, 30, July 31, August 7, August 21, 2018. |
| 25. | Debtor's Post Trial Brief, filed October 12, 2018. |
| 26. | Respondents' Closing Brief, filed October 12, 2018. |
| 27. | Memorandum Decision After Trial, January 29, 2019. |
| 28. | Application for Compensation, filed March 2, 2019. |
| 29. | Two separate Declarations of Marc Fong in Support of Application for Compensation, March 2, 2019. |
| 30. | Declaration of Marlene Fong in Support of Application for Compensation, and exhibits, Attorney Time Records, filed March 2, 2019. |
| 31. | Objection to Application for Compensation, filed March 18, 2019. |
| 32. | Reply to Objection, filed by Debtor March 25, 2019. |
| 33. | Two Separate Declarations of Marlene Fong in Support of Application for Compensation, filed March 25, 2019. |
| 34. | Declaration of Marc Fong, filed March 25, 2019. |
| 35. | Transcript of Proceedings, April 1, 2019. |
| 36. | Order Awarding Attorneys' Fees and Costs, April 11, 2019. |
| 37. | Judgment, entered April 11, 2019. |
| 38. | Certified copy of the docket entries in Case No. 14-44083. |
| 39. | Notice of Appeal, April 24, 2019. |
| 40. | Order Affirming in Part and Vacating and Remanding in Part Bankruptcy Court's Judgment, March 22, 2021 (District Court) |

Dated: May 19, 2021          LS CARLSON LAW, PC

By:   /s/ Paul H. Deese
     PAUL H. DEESE
     Attorneys for Cross-Appellants,
     Laurence Jennings and
     Raj Patel

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 19, 2021, a copy of the foregoing **CROSS-APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD** will be electronically filed the with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc Alan Fong , APC
mfong@fonglaw.com

Marlene Ann Fong
marlene.fong@fonglaw.com

Christina Latta Henry
chenry@hdm-legal.com

Miriam Hiser
mhiser@hiserlaw.com

Jeff Darryl Kahane
jkahane@duanemorris.com

Aron Mark Oliner
roliner@duanemorris.com,dmicros@duanemorris.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

U.S. Trustee Office of the U.S. Trustee /Oakland
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

By: ___s/ Paul H. Deese___
Paul H. Deese
Attorney for Cross-Appellants
Laurence Jennings and Raj Patel
LS Carlson Law, PC
85 Enterprise, Suite 310
Aliso Viejo, California 92656
Ph: (949) 421-3030
pdeese@lscarlsonlaw.com